**Order entered April 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01184-CV

### RODNEY DRAUGHON, Appellant

### V.

### JOYCIE JOHNSON, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 99751-CC**

## ORDER

Before the Court is appellant's April 23, 2019 motion for an extension of time to file his

reply brief. We **GRANT** the motion and extend the time to file a reply brief to **May 21, 2019**.

/s/      BILL WHITEHILL
JUSTICE